# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0105.  KUNTERRIUS WOODARD v. THE STATE.

In 2012, Kunterrius Woodard pleaded guilty to burglary, aggravated assault, and theft by taking.[1] Ten years later, Woodard filed a motion to correct a void sentence. The trial court denied Woodard's motion on September 13, 2022, and he filed this application for discretionary appeal. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Woodard filed this application on October 21, 2022, 38 days after entry of the trial court's order. Accordingly, Woodard's application is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/15/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*

---

[1] In 2021, Woodard filed a motion to withdraw his guilty plea. The motion was denied, and his subsequent direct appeal was dismissed after he failed to file a brief and enumeration of errors. See Case No. A22A1495 (Aug. 2, 2022).